ARBARA HOPE O'NEILL #102968
Attorney at Law

2014 Tulare Street, Suite 510
Fresno, California  93721
Telephone:  (559) 459-0655

Attorney for Raymond Rios




# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. F. NO. 08-00426 LJO |
| | ) | |
| | ) | STIPULATION TO ADVANCE |
| Plaintiff, | ) | SENTENCING |
| | ) | AND  ORDER |
| vs. | ) | |
| Raymond Rios, | ) | |
| | ) | DATE: December 4, 2009 |
| | ) | TIME:  9 am |
| Defendant. | ) | HON:  Lawrence J. O'Neill |

    Barbara Hope O'Neill the attorney of record for Raymond Rios and Karen A.

Escobar, Assistant United States Attorney, have agreed to advance the sentencing date in

this matter from December 4, 2009 to November 20, 2009 at 9am.  The Court indicated

at the time of the plea that the sentencing could be advanced once the Presentencing

Report was completed.  The defense is requesting that it be advanced.


Dated: November 9, 2009                    Respectfully submitted,

                                        /s/ Barbara Hope O'Neill
                                          Barbara Hope O'Neill

Dated: November 9, 2009                          /s/ Karen A. Escobar
                                                 Karen A. Escobar
                                                 Assistant U.S. Attorney


                                    ORDER

    Upon stipulation of the parties and good cause appearing therefore,

    The sentencing hearing presently set for December 4, 2009 at 9 a.m. is advanced to

November 20, 2009, at 9 a.m., to be heard before the Honorable Lawrence J. O'Neill.

IT IS SO ORDERED.

**Dated:   November 10, 2009**                          **/s/ Lawrence J. O'Neill**
                                                 UNITED STATES DISTRICT JUDGE